■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD HAMILTON, Appellant. [604 NYS2d 725] —Judgment, Supreme Court, New York County (Albert P. Williams, J.), rendered May 15, 1991, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Murphy, P. J., Sullivan, Kupferman, Asch and Kassal, JJ.

■ In the Matter of ANTHONY MUFFOLETTO, Appellant, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Respondents. [603 NYS2d 144] —Judgment (denominated an order), Supreme Court, New York County (William Davis, J.), entered on or about July 16, 1992, which, in a proceeding pursuant to CPLR article 78 to annul respondents' determination denying petitioner an accident disability retirement pension, denied the application and dismissed the petition, unanimously affirmed, without costs.

We agree with the IAS Court that the record contains ample credible evidence supporting the Medical Board's finding that the injury petitioner sustained in March 1989 has not disabled him from performing his duties as a sanitation worker. That petitioner has adduced conflicting medical opinion provides no occasion for judicial interference *(Matter of Campazzi v Ward,* 181 AD2d 431; *Matter of Cassidy v Ward,* 169 AD2d 482; *Matter of Spiro v Ward,* 159 AD2d 225). Concur—Murphy, P. J., Sullivan, Kupferman, Asch and Kassal, JJ.